# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/2/2015 11:55:21 AM
PAM ESTES
Clerk

Court of Appeals No. (If known): **12 - 15 - 00226 - CV**

Trial Court Style: Blackberry L.C. v. Ethelwynn Bowen, et al

Trial Court & County: CCL2 Gregg County          Trial Court No.: 2014-349-CCL2

Date Trial Clerk's Record Originally Due: October 2, 2015

Date Court Reporter's/Recorder's Record Originally Due: October 2, 2015

Anticipated Number of Pages of Record: 65 plus exhibits

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☒     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐     my duties listed below preclude working on this record:

☐     Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by upon payment , and **I hereby request an additional   30     days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

 November 2, 2015
Date                                        Signature /s/ Sheryl A. Bowen

903-234-3111
Office Phone Number                         Printed Name Sheryl A. Bowen

Sheryl.bowen@co.gregg.tx.us
E-mail Address (if available)               Official Title Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> ***Certificate requirements.*** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:  Richard Thompson                    Name:  Brad Echols

Address:  P.O. Box 463                    Address:  1800 NW Loop 281, Suite 303

     West Chester, PA  19380                         Longview, TX  75604

Phone no.:  610-436-5582                    Phone no.:  903-759-3306

Attorney for:  Pro Se                    Attorney for:  Appellee

Lead Counsel for **APPELLANT(S)**:                    Lead Counsel for **APPELLEE(S)**:

Name:                    Name:

Address:                    Address:

Phone no.:                    Phone no.:

Attorney for:                    Attorney for:

Additional                    information,                    if                    any: